UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABERNATHY,

           Plaintiff(s),

  v.

VALLEY MEDICAL CENTER,

           Defendant(s).

NO. C06-01P

ORDER ON DEFENDANT'S MOTIONS IN LIMINE

The above-entitled Court, having received and reviewed:

1. Defendant Valley Medical Center's Motions in Limine

and all exhibits and declarations attached thereto, makes the following ruling:

IT IS HEREBY ORDERED that the following evidence will be excluded:

1. Any medical bills, insurance bills, wage information, other claims for special damages, or any claim of lasting physical injury, infection, or other bodily harm outside of the pain and suffering claimed for the morning of January 3, 2005;

2. Any inappropriate rebuttal testimony;

3. Any references by counsel to personal stories or anecdotes;

4. Any references to prior lawsuits against Defendant.

IT IS FURTHER ORDERED that will exchange a list of witnesses, in the order that they will be called at trial, by no later than March 1, 2007; and that the list of all witnesses to be called during a trial day will be provided to opposing counsel the night preceding the trial day.

**ORD ON DEF'S
MTNS IN LIM  - 1**

IT IS FURTHER ORDERED that:

1. The parties will offer no evidence, argument, exhibits, testimony or any other statement before the jury regarding any subject matter addressed in this Order which has been excluded by the Court;

2. The attorneys are instructed to inform all o their witnesses regarding the scope of this Order; and

3. Any attorney who believes that evidence excluded by this Order has become admissible, due to testimony that has been elicited at trial, shall raise any argument regarding the admissibility of such evidence with the Court, outside the presence of the jury.

The clerk is directed to provide copies of this order to all counsel of record.

Dated: January __22_, 2007

Marsha J. Pechman
U.S. District Judge

ORD ON DEF'S
MTNS IN LIM - 2